IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Dr. Dionne Vance,<br><br>         Plaintiff,<br><br>v.<br><br>Marlboro County School District,<br><br>         Defendant. | C/A No. 4:24-cv-6191-SAL<br><br>**ORDER** |

      Plaintiff Dr. Dionne Vance ("Plaintiff") filed this action against Defendant Marlboro County School District ("Defendant") alleging violations of the Americans with Disabilities Act ("ADA"), the Family Medical Leave Act ("FMLA"), and South Carolina's "Teacher Dismissal Act," S.C. Code Ann. § 59-25-430, *et seq*. This matter is before the court on the Report and Recommendation (the "Report") issued by United States Magistrate Judge Kaymani D. West, made in accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.), recommending as follows: Defendant's motion to set aside entry of default, ECF No. 15, be granted; Plaintiff's motion for default judgment, ECF No. 10, be denied; and Plaintiff's motion for entry of default, ECF No. 6, be dismissed as moot. [ECF No. 22.] The parties, both represented by counsel, were notified of their right to file objections, ECF No. 22-1 at 1, but no objections have been filed.

      The magistrate judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with this court. *See Mathews v. Weber*, 423 U.S. 261, 270–71 (1976). The court is charged with making a *de novo* determination of only those portions of the Report that have been specifically objected to,

1

and the court may accept, reject, or modify the Report, in whole or in part. 28 U.S.C. § 636(b)(1). In the absence of objections, the court is not required to provide an explanation for adopting the Report and must "only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (citing Fed. R. Civ. P. 72 advisory committee's note).

After reviewing the Report, the applicable law, and the record of this case in accordance with the above standards, the court finds no clear error, adopts the Report, ECF No. 22, and incorporates it by reference herein. The court hereby **GRANTS** Defendant's motion to set aside default, ECF No. 15; **DENIES** Plaintiff's motion for default judgment, ECF No. 10; and **DISMISSES AS MOOT** Plaintiff's motion for entry of default, ECF No. 6.

    IT IS SO ORDERED.

May 27, 2025  
Columbia, South Carolina

                                      Sherri A. Lydon  
                                  United States District Judge